~~CIVIL RIGHTS DIVERSITY~~
~~DIVERSITY OF JURISDICTION~~
~~FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT~~
~~UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983~~

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 17 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. **2:13cv0142-KGB**

Jury Trial: ☒ Yes ☐ No
(Check One)

This case assigned to District Judge **Baker**
and to Magistrate Judge **Deere**

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: **Al M. Williams**
ADC # **106082**

Address: **3730 Accent Dr #2226, Dallas, TX 75287**

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: **Jane Doe, Clerk City Marvell**

Position: _____

Place of employment: **City of Marvell**

Address: **Marvell, AR 72366**

Name of defendant: **City Marvell Police Officer, John Doe**

Position: _____

-4-

Place of employment: _____

Address: _____

Name of defendant: TONYA SWEAT

Position: MASTER CLERK

Place of employment: City of Marvell

Address: _____

Name of defendant: CITY OF MARVELL

Position: MUNICIPALITY

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

    ☐ official capacity only
    ☐ personal capacity only
    ☒ both official and personal capacity

III. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ___   No ☒

    B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐ Parties to the previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

☐    Court (if federal court, name the district; if state court, name the county):

_____

☐    Docket Number: _____

☐    Name of judge to whom case was assigned: _____

☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV.    Place of present confinement: *N/A*

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

*YES* ~~____~~ in jail and still awaiting trial on pending criminal charges

*NO* ____ serving a sentence as a result of a judgment of conviction

*NO* ____ in jail for other reasons (e.g., alleged probation violation, etc.)
         explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

         Yes ✓    No ____

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ____   No ____

If not, why? _____

_____

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or about May 2013 I was falsely arrested on an outstanding warrant that had or should have been withdrawn by Circuit Clerk for City of Marvell, but since this was not done it was still showing active in system. While incarcerated I had a filed a motion for speedy trial. The charges were nolle prosequi but the clerk neglected to remove it from system or retract warrant. Upon arrest and detention, I protested my innocence and informed "all" parties that charges were dropped and mistake was being made, but none-the-less I was taken to jail erroneously, denied medical attention, and forced to bond out of jail. The charges were eventually dropped again and judge acknowledged mistake, but

I WAS FORCED TO BE HUMILIATED UNECESSARY PAIN & SUFFERING, AND MENTALLY ANGUISHED.

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

$129,000.00 ; PAY HOSPITAL BILLS INCURRED ; REIMBURSE BOND COSTS.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 14 day of OCTOBER, 2013.

AL M. WILLIAMS
3930 ACCENT DR #2236
DALLAS, TX 75287
Signature(s) of plaintiff(s)

731.460.0694