IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**AL M. WILLIAMS**                                                                                                   **PLAINTIFF**

v.                               Case No. 2:13-cv-00142-KGB

**CITY OF MARVELL, ARKANSAS, ET AL.**                                                **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered today, plaintiff Al M. Williams's complaint is dismissed without prejudice. The relief sought is denied.

SO ADJUDGED this 9th day of September, 2015.

_Kristine G. Baker_
_____
Kristine G. Baker
United States District Judge